**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:04-cr-00099-HDM-VPC |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| SALVADOR MENA-OROZCO, | ) | |
| Defendant. | ) | |

    Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, have filed a motion to withdraw (#87) as defendant's counsel of record. The court received and reviewed the reduction of sentence report on defendant prepared by probation. The report concludes defendant is ineligible for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2), Amendment 782, and pursuant to U.S.S.G. § 1B1.10, effective November 1, 2014, as he was sentenced to the statutory minimum sentence and in accord with 21 U.S.C. § 851(a)(1).

    The court appointed defendant counsel to determine whether he qualifies for a reduction of sentence. Based upon probation's report, counsel does not intend to file a motion for a reduction.

1

1 | The court will therefore grant the motion to withdraw.

2 |     Before being granted counsel, defendant filed a motion (#82)
3 | seeking Discretionary Relief pursuant to 18 U.S.C. § 3582(c)(2).
4 | The court does not find a response from the United States
5 | Attorney's office is necessary for a ruling on defendant's motion.
6 | The defendant was sentenced to the statutory minimum sentence
7 | available and is therefore not entitled to a reduction.

8 |     Accordingly, defendant's motion to withdraw (#87) is **GRANTED**.

9 |     Furthermore, defendant's motion seeking Discretionary Relief
10 | pursuant to 18 U.S.C. § 3582(c)(2) (#82) is **DENIED**.

11 |     IT IS SO ORDERED.

12 |     DATED: This 18th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE

2