# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 3:04-cr-00099-HDM-VPC-1 |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| SALVADOR MENA-OROZCO, ) | |
| Defendant. ) | |

Pro-se defendant, Salvador Mena-Orozco, has filed a motion (#90) seeking information relating to his case. Accordingly, the court directs the clerk's office to forward the documents with docket numbers 84, 85, 86, and 87 to defendant.

IT IS SO ORDERED.

DATED: This 17th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE